**<u>IN THE UNITED STATES BANKRUPTCY COURT</u>**
**<u>FOR THE WESTERN DISTRICT OF PENNSYLVANIA</u>**

IN RE: James C. Finnigan — CHAPTER 13
Debtor(s)

BKY. NO. 26-22385 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

Respectfully submitted,

/s/Matthew Fissel
Matthew Fissel
02 Sep 2026, 09:40:51, EDT

Matthew Fissel, Esq. (314567)
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 5b1b2f20545fd3951c98d6a5f25e62f240631a889c3b214230c1a164ae378948