# United States Bankruptcy Court
## Western District of Pennsylvania

In re James C. Finnigan
Debtor(s)

Case No. 26-22385
Chapter 13

# PAYMENT ADVICES COVER SHEET
# UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, James C. Finnigan , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date September 19, 2026

Signature /s/ James C. Finnigan
James C. Finnigan
Debtor

Unique Services & Applications, Inc.
255 Baldwin Road
Pittsburgh, PA 15207

James C Finnigan
3142 Willett Road
Pittsburgh, PA 15227

**Employee Pay Stub** Check number: 5739 Pay Period: 08/16/2026 - 08/22/2026 Pay Date: 08/26/2026

**Employee**
James C Finnigan, 3142 Willett Road, Pittsburgh, PA 15227

**SSN**
***-**-2868

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Wages | 40:00 | 28.00 | 1,120.00 | 20,720.00 |
| Prevailing Wage | | | | 1,251.58 |
| Holiday pay | | | | 448.00 |
| Vacation | | | | 224.00 |
| | 40:00 | | 1,120.00 | 22,643.58 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | -828:00 |
| YTD | | 8:00 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Pittsburgh C. (Allegheny) Pitts | 0.00 | 0.00 |
| Allegheny Central Tax Collector | -12.20 | -247.44 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -112.98 | -2,284.92 |
| Social Security Employee | -69.44 | -1,403.90 |
| Medicare Employee | -16.24 | -328.33 |
| PA - Withholding | -34.38 | -695.10 |
| PA - Unemployment Employee | -0.78 | -15.78 |
| | -246.02 | -4,975.47 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| NTFB | | 1,000.73 |
| **Net Pay** | **873.98** | **18,668.84** |

Unique Services & Applications, Inc., 255 Baldwin Road, Pittsburgh, PA 15207, Unique Services & Application Inc.

Unique Services & Applications, Inc.
255 Baldwin Road
Pittsburgh, PA 15207

James C Finnigan
3142 Willett Road
Pittsburgh, PA 15227

**Employee Pay Stub** Check number: 5732 Pay Period: 08/09/2026 - 08/15/2026 Pay Date: 08/19/2026

**Employee**

James C Finnigan, 3142 Willett Road, Pittsburgh, PA 15227

**SSN**

***-**-2868

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Wages | 40:00 | 28.00 | 1,120.00 | 19,600.00 |
| Prevailing Wage | | | | 1,251.58 |
| Holiday pay | | | | 448.00 |
| Vacation | | | | 224.00 |
| | 40:00 | | 1,120.00 | 21,523.58 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | -828:00 |
| YTD | | 8:00 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Pittsburgh C. (Allegheny) Pitts | 0.00 | 0.00 |
| Allegheny Central Tax Collector | -12.20 | -235.24 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -112.98 | -2,171.94 |
| Social Security Employee | -69.44 | -1,334.46 |
| Medicare Employee | -16.24 | -312.09 |
| PA - Withholding | -34.38 | -660.72 |
| PA - Unemployment Employee | -0.78 | -15.00 |
| | -246.02 | -4,729.45 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| NTFB | | 1,000.73 |

| | | |
|---|---|---|
| **Net Pay** | **873.98** | **17,794.86** |

Unique Services & Applications, Inc., 255 Baldwin Road, Pittsburgh, PA 15207, Unique Services & Application Inc.

Unique Services & Applications, Inc.
255 Baldwin Road
Pittsburgh, PA 15207

James C Finnigan
3142 Willett Road
Pittsburgh, PA 15227

**Employee Pay Stub** Check number: 5725 Pay Period: 08/02/2026 - 08/08/2026 Pay Date: 08/12/2026

**Employee**

James C Finnigan, 3142 Willett Road, Pittsburgh, PA 15227

**SSN**

***-**-2888

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Wages | 32:00 | 28.00 | 896.00 | 18,480.00 |
| Vacation | 8:00 | 28.00 | 224.00 | 224.00 |
| Prevailing Wage | | | | 1,251.58 |
| Holiday pay | | | | 448.00 |
| | 40:00 | | 1,120.00 | 20,403.58 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Pittsburgh C. (Allegheny) Pitts | 0.00 | 0.00 |
| Allegheny Central Tax Collector | -12.20 | -223.04 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -112.98 | -2,058.96 |
| Social Security Employee | -69.44 | -1,265.02 |
| Medicare Employee | -16.24 | -295.85 |
| PA - Withholding | -34.38 | -626.34 |
| PA - Unemployment Employee | -0.78 | -14.22 |
| | -246.02 | -4,483.43 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| NTFB | | 1,000.73 |
| Net Pay | 873.98 | 16,920.88 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | -828:00 |
| YTD | | 8:00 | |

Unique Services & Applications, Inc., 255 Baldwin Road, Pittsburgh, PA 15207. Unique Services & Application Inc.

Unique Services & Applications, Inc.
255 Baldwin Road
Pittsburgh, PA 15207

James C Finnigan
3142 Willett Road
Pittsburgh, PA 15227

**Employee Pay Stub** Check number: 5718 Pay Period: 07/26/2026 - 08/01/2026 Pay Date: 08/05/2026

**Employee**

James C Finnigan, 3142 Willett Road, Pittsburgh, PA 15227

**SSN**

***-**-2868

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Wages | 40:00 | 28.00 | 1,120.00 | 17,584.00 |
| Prevailing Wage | | | | 1,251.58 |
| Holiday pay | | | | 448.00 |
| | 40:00 | | 1,120.00 | 19,283.58 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | -820:00 |
| YTD | | 8:00 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Pittsburgh C. (Allegheny) Pitts | 0.00 | 0.00 |
| Allegheny Central Tax Collector | -12.20 | -210.84 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -112.98 | -1,945.98 |
| Social Security Employee | -69.44 | -1,195.58 |
| Medicare Employee | -16.24 | -279.61 |
| PA - Withholding | -34.38 | -591.96 |
| PA - Unemployment Employee | -0.78 | -13.44 |
| | -246.02 | -4,237.41 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| NTFB | | 1,000.73 |
| **Net Pay** | **873.98** | **16,046.90** |

Unique Services & Applications, Inc., 255 Baldwin Road, Pittsburgh, PA 15207, Unique Services & Application Inc.

Unique Services & Applications, Inc.
255 Baldwin Road
Pittsburgh, PA 15207

James C Finnigan
3142 Willett Road
Pittsburgh, PA 15227

**Employee Pay Stub** Check number: 5711 Pay Period: 07/19/2026 - 07/25/2026 Pay Date: 07/29/2026

**Employee**

James C Finnigan, 3142 Willett Road, Pittsburgh, PA 15227

**SSN**

***-**-2868

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Wages | 37:30 | 28.00 | 1,050.00 | 16,464.00 |
| Prevailing Wage | 2:30 | 38.76 | 96.90 | 1,251.58 |
| Holiday pay | | | | 448.00 |
| | 40:00 | | 1,146.90 | 18,163.58 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Pittsburgh C. (Allegheny) Pitts | 0.00 | 0.00 |
| Allegheny Central Tax Collector | -12.47 | -198.64 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -118.90 | -1,833.00 |
| Social Security Employee | -71.11 | -1,126.14 |
| Medicare Employee | -16.63 | -263.37 |
| PA - Withholding | -35.21 | -557.58 |
| PA - Unemployment Employee | -0.80 | -12.66 |
| | -255.12 | -3,991.39 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| NTFB | 83.45 | 1,000.73 |
| **Net Pay** | **975.23** | **15,172.92** |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | -820:00 |
| YTD | | 8:00 | |

Unique Services & Applications, Inc., 255 Baldwin Road, Pittsburgh, PA 15207, Unique Services & Application Inc.

Unique Services & Applications, Inc.
255 Baldwin Road
Pittsburgh, PA 15207

James C Finnigan
3142 Willett Road
Pittsburgh, PA 15227

**Employee Pay Stub** Check number: 5704 Pay Period: 07/12/2026 - 07/18/2026 Pay Date: 07/22/2026

**Employee**

James C Finnigan, 3142 Willett Road, Pittsburgh, PA 15227

**SSN**

***-**-2868

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Wages | 40:00 | 28.00 | 1,120.00 | 15,414.00 |
| Prevailing Wage | | | | 1,154.68 |
| Holiday pay | | | | 448.00 |
| | 40:00 | | 1,120.00 | 17,016.68 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | -820:00 |
| YTD | | 8:00 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Pittsburgh C. (Allegheny) Pitts | 0.00 | 0.00 |
| Allegheny Central Tax Collector | -12.20 | -186.17 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -112.98 | -1,714.10 |
| Social Security Employee | -69.44 | -1,055.03 |
| Medicare Employee | -16.24 | -246.74 |
| PA - Withholding | -34.38 | -522.37 |
| PA - Unemployment Employee | -0.78 | -11.86 |
| | -246.02 | -3,736.27 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| NTFB | | 917.28 |

| | Current | YTD Amount |
|---|---|---|
| **Net Pay** | **873.98** | **14,197.69** |

Unique Services & Applications, Inc., 255 Baldwin Road, Pittsburgh, PA 15207, Unique Services & Application Inc.

Unique Services & Applications, Inc.
255 Baldwin Road
Pittsburgh, PA 15207

James C Finnigan
3142 Willett Road
Pittsburgh, PA 15227

**Employee Pay Stub** Check number: 5697 Pay Period: 07/05/2026 - 07/11/2026 Pay Date: 07/15/2026

**Employee**

James C Finnigan, 3142 Willett Road, Pittsburgh, PA 15227

**SSN**

***-**-2868

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Wages | 40:00 | 28.00 | 1,120.00 | 14,294.00 |
| Prevailing Wage | | | | 1,154.68 |
| Holiday pay | | | | 448.00 |
| | 40:00 | | 1,120.00 | 15,896.68 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | -820:00 |
| YTD | | 8:00 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Pittsburgh C. (Allegheny) Pitts | 0.00 | 0.00 |
| Allegheny Central Tax Collector | -12.20 | -173.97 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -112.98 | -1,601.12 |
| Social Security Employee | -69.44 | -985.59 |
| Medicare Employee | -16.24 | -230.50 |
| PA - Withholding | -34.38 | -487.99 |
| PA - Unemployment Employee | -0.78 | -11.08 |
| | -246.02 | -3,490.25 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| NTFB | | 917.28 |

| | Current | YTD Amount |
|---|---|---|
| **Net Pay** | 873.98 | 13,323.71 |

Unique Services & Applications, Inc., 255 Baldwin Road, Pittsburgh, PA 15207, Unique Services & Application Inc.

Unique Services & Applications, Inc.
255 Baldwin Road
Pittsburgh, PA 15207

James C Finnigan
3142 Willett Road
Pittsburgh, PA 15227

**Employee Pay Stub** Check number: 5690 Pay Period: 06/28/2026 - 07/04/2026 Pay Date: 07/08/2026

**Employee**

James C Finnigan, 3142 Willett Road, Pittsburgh, PA 15227

**SSN**

***-**-2888

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Wages | 40:00 | 28.00 | 1,120.00 | 13,174.00 |
| Prevailing Wage | | | | 1,154.68 |
| Holiday pay | | | | 448.00 |
| | 40:00 | | 1,120.00 | 14,776.68 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Pittsburgh C. (Allegheny) Pitts | 0.00 | 0.00 |
| Allegheny Central Tax Collector | -12.20 | -161.77 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -112.98 | -1,488.14 |
| Social Security Employee | -69.44 | -916.15 |
| Medicare Employee | -16.24 | -214.26 |
| PA - Withholding | -34.38 | -453.61 |
| PA - Unemployment Employee | -0.79 | -10.30 |
| | -246.02 | -3,244.23 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| NTFB | | 917.28 |
| Net Pay | 873.98 | 12,449.73 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | -820:00 |
| YTD | | 8:00 | |