UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

James Finnigan
3142 Willett RD
Pittsburgh, PA 15227

CHAPTER: 13
CASE NUMBER: 26-22385
CLAIM AMOUNT: $428.13

Debtors.

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 10/12/2026, in the amount of $428.13.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 14th day of October, 2026.

Jefferson Capital Systems LLC

By: /s/ Nancy Mehrenberg
Nancy Mehrenberg Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

# CERTIFICATE OF SERVICE

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | James Finnigan<br>3142 Willett RD<br>Pittsburgh, PA 15227 |
| Debtor's Attorney: | Lawrence Willis<br>201 Penn Center Blvd<br>Pittsburgh, PA 15235 |
| Chapter 13 Trustee: | Ronda J. Winnecour |

by submitting electronically with the court.

This 14th day of October, 2026.

Jefferson Capital Systems LLC

By: /s/ Nancy Mehrenberg
Nancy Mehrenberg Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314